2N THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:21-CR-4017-RK-01 |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | NMT 10 Years Imprisonment |
| v. | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| **DAVID T. RODGERS**, | Class C Felony |
| [DOB: 05/31/1969] | |
| | $100 Special Assessment |
| Defendant. | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about August 11, 2020, within Cole County, in the Western District of Missouri, the defendant, **DAVID T. RODGERS**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is a Raven Arms, Model MP-25, .25 caliber pistol, serial number 1352243, and ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Jolly*
**Aaron M. Jolly**
Special Assistant United States Attorney
Missouri Bar No. 70155

Dated: 02/25/2021